UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Case Number 08 civ 6181
CARMELA LANZETTA,

                Plaintiff

                              NOTICE OF APPEARANCE

    v.

FLORIO'S ENTERPRISES, INC. d/b/a
Florio's Restaurant,   RALPH AMORUSO,
and LAWRENCE AMORUSO,

                Defendants
-----------------------------------------------------------X

      PLEASE BE ADVISED that the undersigned hereby appear in this action on behalf of the above-named Defendants and request that all papers, motions and other matters be addressed to the undersigned at the address below.

Dated:  August 20, 2008

                                                        /s/ *Sidney Baumgarten*

                                                  _____
                                                  Sidney Baumgarten, Esq.
                                                  Michael J. Devereaux and Associates PC
                                                  39 Broadway   Suite 910
                                                  New York NY 10006
                                                  Phone: 212-785-5959


TO: D. Maimon Kirschenbaum, Esq.
     Joseph and Herzfeld LLP
     757 Third Avenue
     New York NY 10017