USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X Case Number 08 civ 6181

CARMELA LANZETTA,

        Plaintiff

    v.

FLORIO'S ENTERPRISES, INC. d/b/a
Florio's Restaurant,   RALPH AMORUSO,
and LAWRENCE AMORUSO,

        Defendants
------------------------------------------------X

STIPULATION EXTENDING
TIME TO ANSWER

It is hereby stipulated and agreed that the time for the defendant's to answer or otherwise move with respect to the complaint herein be, and the same is hereby, extended to and including the 19th day of September 2008.

Defendants hereby waive any defenses to the jurisdiction of this court or as to service of process herein.

Dated: August 20, 2008

Sidney Baumgarten, Esq.
Michael J. Devereaux and Associates PC
39 Broadway  Suite 910
New York NY 10006
Phone: 212-785-5959

D. Maimon Kirschenbaum, Esq.
Joseph and Herzfeld LLP
757 Third Avenue
New York NY 10017
Phone 212-688-5640

So Ordered:

/s/SDJ
8/28/08