```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

CARMELLA LANZETTA,                  :

                Plaintiff,          :
                                                ORDER
        - against -                 :
                                                08 Civ. 6181 (DC)
FLORIO'S ENTERPRISES, INC. et al.,  :

                Defendants.         :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/09

**CHIN, District Judge**

       Because of difficulties plaintiff has had in obtaining discovery from defendants, it is HEREBY ORDERED that defendants shall produce their witness for deposition on a date mutually agreeable to both parties on or before June 23, 2009. Defendants' failure to comply with their discovery obligations will lead to the entry of a default judgment.

       SO ORDERED.

Dated:    New York, New York
            June 9, 2009

                                      DENNY CHIN
                                      United States District Judge