IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CARMELLA LANZETTA,

Plaintiffs,

FLORIO'S ENTERPRISES, INC. d/b/a
FLORIO'S RESTAURANT, RALPH AMORUSO
and LAWRENCE AMORUSO,

Defendants.

**NOTICE OF DEFENDANTS'
MOTION FOR SUMMARY
JUDGMENT**
Docket No. 08 CV 6181
(DC)

COUNSEL:

PLEASE TAKE NOTICE THAT, upon the defendants' Memorandum of Law,
the annexed affidavits of Ralph Amoruso and Lawrence Amoruso, sworn to on August
31, 2009, together with the exhibits annexed thereto, the summons and complaint filed on
July 18, 2008 and the answer dated September 19, 2008, and the Rule 56.1 Statement
annexed , the defendants Florio's Enterprises, Inc, d/b/a Florio's Restaurant, Ralph
Amoruso and Lawrence Amoruso will move this Court, at a Motion Term thereof, to be
held at the United States District Courthouse for the Southern District of New York, 500
Pearl Street, Courtroom   , New York, New York 10007 on the $\frac{19}{th}$ day of September
2009 or as soon thereafter as counsel can be heard for an order pursuant to Rule 56. Fed.
R. Civ. Proc. granting summary judgment in favor of the defendants Florio's Enterprises,
Inc. d/b/a Florio's Restaurant, Ralph Amoruso and Lawrence Amoruso dismissing the
complaint and for such other and further relief as the court may deem just and proper.

Dated: New York, New York
September 1, 2009

Sidney Baumgarten B2743
Attorney for Defendants
Florio's Enterprises, Inc.
d/b/a Florio's Restaurant,
Ralph Amoruso, Lawrence
Amoruso
39 Broadway, Suite 910
New York, New York 10006

John W. Russell R2864
Attorney for Defendants
Florio's Enterprises, Inc.
d/b/a Florio's Restaurant,
Ralph Amoruso, Lawrence
Amoruso
60 East 12th Street
New York, New York 10003
Tel: 917-224-2260
Fax: 212-673-5718

7