UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x   Dockete No. 08cv6181 (DC)
CARMELLA LANZETTA,

                      Plaintiff

    -against-

FLORIO'S ENTERPRISES INC, d/b/a
FLORIO'S RESTAURANT, RALPH
AMORUSO and LAWRENCE AMORUSO,

                      Defendants

------------------------------------------------------x

RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS

    Defendants respectfully submit this rule 56.1 Statement of Undisputed Material Facts in support of their motion for Summary Judgment:

1. Plaintiff, Carmella Lanzetta, worked for the defendant, Florio's Restaurant from June 2004 to May 2008.

2. During that time, Plaintiff, Carmela Lanzetta, was employed as a waitress.

3. Plaintiff's hours were 2 PM to 10 PM (Aff. of Lawrence Amoruso ¶ 9).

4. No employees of the defendants work overtime (Aff. of Ralph Amoruso ¶ 13).

5. Plaintiff was paid by checks issued by Paychex (Aff. of Ralph Amoruso ¶ 7, Aff. of Lawrence Amoruso ¶ 9, Exhibit "A").

6. Salary checks to plaintiff included tips (Aff. of Lawrence Amoruso ¶ 5, Exhibit "A".)

7. W-2 Forms were issued to plaintiff each year by defendants (Aff. of Lawrence Amoruso ¶ 7, Exhibit "B").

8. Plaintiff denies having ever received salary, denies having received the W-2's, and maintained no records of her days and hours worked (Aff. of Lawrence Amoruso ¶ 11, Exhibit "C").

9. Plaintiff worked for three years in the past as a bookkeeper (Aff. of Lawrence Amoruso ¶ 11, Exhibit "C").

10. Plaintiff never checked the documents she gave to her accountant (Aff. of Lawrence Amoruso ¶ 11m Exhibit "C").

New York NY
August 31, 2009

_____
Sidney Baumgarten B2753
Attorney for Defendants
39 Broadway Ste 910
New York NY 10006
212-785-5959